UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-7866-MWF(JEMx)**                     Dated: **September 22, 2017**

Title:   Ray L. Fuller, et al. -v- JPMorgan Chase Bank, N.A., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                          None Present

PROCEEDINGS (IN CHAMBERS):     ORDER TO SHOW CAUSE

In light of the Notice of Settlement filed September 21, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **November 27, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**