UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY L. FULLER & MAUREEN L. FULLER;<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; and BRIAN TUCKER, as Assistant Secretary and individually; and DOES I-X, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:16-cv-07866-MWF-JEM<br><br>Hon. Michael W. Fitzgerald<br><br>[~~PROPOSED~~] **ORDER ON JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>ACTION FILED: August 4, 2016 |

Having considered the Joint Stipulation for Dismissal of Entire Action with Prejudice between plaintiffs Ray L. Fuller and Maureen L. Fuller ("Plaintiffs") and defendant JPMorgan Chase Bank, N.A. ("Defendant," collectively, the "Parties"), and finding good cause therefor,

**IT IS ORDERED THAT:**

1.　The entire action and any related counterclaims are dismissed with prejudice.

2. The Court retains jurisdiction to enforce the terms of the Parties' settlement agreement.

DATED: 6-27-18

_____
Hon. Michael W. Fitzgerald
United States District Court Judge